UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

PROFESSIONAL DOG                  )
BREEDERS ADVISORY                 )
COUNCIL, INC; NAT SLADKIN;        )
SUSAN INSERRA; and NATHAN         )
MYER,                             )
                                  )
          Plaintiffs,             )
                                  )
          v.                      )   Civil Action No:09-258
                                  )
                                  )   (Honorable Sylvia Rambo)
DENNIS WOLFF, SECRETARY           )
PENNSYLVANIA DEPARTMENT           )
OF AGRICULTURE,                   )
                                  )
          Defendant.              )

**JOINT MOTION TO REFER COMPETING ATTORNEYS
FEES/COSTS CLAIMS TO MAGISTRATE JUDGE FOR
SETTLEMENT CONFERENCE/MEDIATION**

Come now the parties by their undersigned attorneys and

request that the this case be referred to a magistrate judge for the

purpose of settlement and/or mediation of all competing attorneys'

fees and costs claims.  The parties additionally request that the

court stay the deadline for filing any requests for attorney's fees and

costs pending the outcome of the settlement conference.

Respectfully submitted,

__*Leonard G. Brown, III*___

Leonard G. Brown, III

PA Attorney ID No. 83207

408 W. Chestnut Street

Lancaster PA 17603

717-299-7101

__*Kenneth L. Joel*_____

Office of the Attorney General

Kenneth L. Joel, Esq.

PA Attorney ID No. 72370

Strawberry Square

Harrisburg, PA 17120

Dated: November 6, 2009